United States District Court

Eastern District of Louisiana

Martin

v.

Kaiser Aluminum

CIVIL ACTION NO. 2:00-cv-00066
F(4)

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 12, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DELORES MARTIN, MICHAEL CARTER,** | * | CIVIL ACTION |
| **JOYCE F. GREEN, CORA D. GARRETT,** | | |
| **LATRICIA JOHNSON, DONALD R. JAMES,** | * | N00-0066 |
| **DAPHNE JOHNSON, ANTOINETTE THOMAS,** | | |
| **CONNIE JULIEN, DEMETRICE BROWN,** | * | |
| **WILLIAM JONES, CLAIRE BORNE, STELLA** | | |
| **BORNE PINKEL, ARDECIA T. LEWIS,** | * | SECTION |
| **STAFFORD AGUSTER, TRASHAWN LEWIS,** | | |
| **CALUDIA M. BAILEY, CHAD BAILEY, DINA** | * | SECT. F MAG. 4 |
| **DUMAS AND HENRY WOLFE** | | |
| | * | |
| **VERSUS** | | |
| | * | |
| **KAISER ALUMINUM AND CHEMICAL** | | |
| **CORPORATION** | * | |

\* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendant, Kaiser Aluminum and Chemical Corporation, ("Kaiser") through undersigned counsel files this Notice of Removal and states:

1.

Plaintiff filed this action in the 23rd JDC on or about December 20, 1999, captioned *Delores Martin, Michael Carter, Joyce F. Green, Cora D. Garrett, Latricia Johnson, Donald R. James,*

___ Fee $150.00
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 1

*Daphne Johnson, Antoinette Thomas, Connie Julien, Demetrice Brown, William Jones, Claire Borne, Stella Borne Pinkel, Ardecia T. Lewis, Stafford Aguster, Trashawn Lewis, Claudia M. Bailey, Chad Bailey, Diana Dumas and Henry Wolfe versus Kaiser Aluminum and Chemical Corporation*, No. 25314. Defendant is a party to this action (hereinafter the "state action"). A copy of the petition in the state action is attached hereto as Exhibit "A."

2.

For the reasons set forth below, this Court has original jurisdiction over this action, and this case may be properly removed to this Court by Defendants pursuant to 28 U.S.C. § 1441.

3.

The plaintiffs named in the state action seek to bring this action as a class action on behalf of other unnamed persons whom the plaintiffs allege are similarly situated.

4.

The plaintiffs allege that they are residents of St. John the Baptist Parish and Saint James Parish. Defendant Kaiser Aluminum and Chemical Corporation is a Delaware corporation with its corporate headquarters and principal place of business in Pleasanton, California.

5.

The sums fairly in controversy, as to some of the plaintiffs, exceed $75,000 exclusive of interest and costs.

6.

Although plaintiffs allege in paragraph 12 of the petition that the claims of each plaintiff do not exceed $75,000, plaintiffs are not bound by these averments, and the nature of the damages herein alleged by them are such that sums in excess of $75,000 are in controversy as to some, if not all the named plaintiffs and putative class members.

7.

The petition alleges that the July 5, 1999 explosion at the Kaiser facility caused plaintiffs and other persons they seek to represent personal injuries, emotional stress, mental scars, property damage, economic and/or business losses, evacuation and/or alternative shelter expenses, personal inconvenience to their families, and fear of future manifestations of disabling and/or terminal disease. Plaintiffs also seek medical monitoring. The all-encompassing nature of the alleged damages makes it reasonably certain that the amount in controversy exceeds $75,000, exclusive of interest and costs.

8.

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because plaintiffs' petition asserts claims for alleged personal injury between citizens of different states in which the matter in controversy exceeds $75,000, exclusive of interest and costs.

9.

This court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over all claims asserted by any other named plaintiff and any class member identified in the petition.

10.

This matter is removable pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(c).

11.

Kaiser has provided the 23rd Judicial District Court for the Parish of St. James with written notice of this removal and has requested that the clerk of that court forward a certified copy of the state court record in this case to this Court.

3

WHEREFORE, Defendant Kaiser Aluminum and Chemical Corporation hereby gives notice that this suit is removed to this Court.

Respectfully submitted,

_____
ERNEST L. EDWARDS, JR., T.A. (5286)
AMY L. BAIRD (#18057)
HAL C. WELCH (#13344)
LISA A. EASTERLING (#21577)
**LEMLE & KELLEHER, L.L.P.**
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6097
Telephone: (504) 586-1241
Telefax: (504) 584-9142
Attorneys for Defendant,
Kaiser Aluminum and Chemical Corporation

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been forwarded to counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid and properly addressed, this ____ day of January, 2000.

_____

4