```
                                              FILED
                                          U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                          2000 JAN 21  A 8: 31

                                          LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
FELDMAN, J.
JANUARY 19, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELORES MARTIN, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-66 |
| KAISER ALUMINUM AND CHEMICAL | * | SECTION "F" |

It appearing to the Court that the subject matter of the above captioned matter is related to that of Civil Action No. 99-2078, pending before Section "N" of this Court;

IT IS ORDERED that the above captioned cause be transferred to Section "N" of this Court pursuant to Local Rule 1.051E.

TRANSFERRED TO:

**SECT. N**

DATE OF ENTRY JAN 2 1 2000